**Electronically Filed
Intermediate Court of Appeals
29447
10-MAR-2014
01:18 PM**

NO. 29447

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KELLEY WOODRUFF, M.D.; and
HAWAII CHILDREN'S BLOOD AND CANCER GROUP,
Plaintiffs-Appellants/Cross-Appellees,
v.
HAWAI'I PACIFIC HEALTH; KAPI'OLANI MEDICAL SPECIALISTS;
KAPI'OLANI MEDICAL CENTER FOR WOMEN AND CHILDREN;
ROGER DRUE; FRANCES A. HALLONQUIST;
NEAL WINN, M.D.; and SHERREL HAMMAR, M.D.;
Defendants-Appellees/Cross-Appellants,
and
DELOITTE & TOUCHE LLP; and DENNIS M. WARREN, ESQ.,
Defendants-Appellees
and
JOHN DOES 1-99; JANE DOES 1-99; DOE ENTITIES 1-20;
and DOE GOVERNMENTAL UNITS 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 02-1-0090)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion, filed on January 14, 2014, is
hereby corrected as follows:

1.   On page 11, in the twenty-second line, the word
"courts" should be replaced with "counts" so that as corrected,
the text reads: "The fifteen counts were: . . . ."

---

[1] Nakamura, Chief Judge, and Fujise and Reifurth, JJ.

2.     On page 30, in the third line of text from the bottom of the page, the word "to" should be inserted between the words "entitled" and "a" so that as corrected, the text reads: ". . . she was entitled to a hearing . . . ."

3.     On page 34, in the third line of footnote 17, the word "of" should be inserted after the word "entry" so that as corrected, the text reads: "". . . 10 days after entry of judgment.""

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, March 10, 2014.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge